CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
JERRELL L. BERRIOS
Nevada Bar No. 15504
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:   (702) 792-3773
Facsimile:   (702) 792-9002
Email:   miltenbergerc@gtlaw.com
    berriosj@gtlaw.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANNA MILLEDGE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN CATHOLIC DIOCESE OF LAS VEGAS; ST. JOSEPH HUSBAND OF MARY PARISH; DOES I-XX, inclusive; ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00385-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT (ECF NO. 1)**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and LR 7-1, IT IS HEREBY STIPULATED between Plaintiff Anna Milledge ("Plaintiff") and Defendants Roman Catholic Diocese of Las Vegas ("Diocese") and St. Joseph Husband of Mary Parish ("SJHOM" or collectively with the Diocese, "Defendants"), through their undersigned counsel, that Defendants shall have a 14-day extension of time in which to file and serve a response to Plaintiff's Complaint (ECF No. 1), through and until April 20, 2023, and request that the Court enter an order approving the same.  This is the parties' first request to extend the time for Defendants to respond to Plaintiff's Complaint.

Plaintiff filed her Complaint on March 10, 2023.  The deadline for the Defendants' response to the Complaint is currently set for April 6, 2023.  Defendants requested a short extension of time in order to permit sufficient time for counsel to evaluate Plaintiffs' claims set forth in the Complaint.

Page 1

The parties met and conferred and Plaintiff agreed to extend the deadline for Defendants to respond to the Complaint as a matter of professional courtesy. The parties thus agreed, subject to the Court's approval, that the deadline for Defendants to respond to the Complaint shall be extended to April 20, 2023, and respectfully request that the Court enter an order approving this stipulation.

DATED this 6th day of April, 2023.

**GREENBERG TRAURIG, LLP**

By: */s/ Jerrell L. Berrios*
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
JERRELL L. BERRIOS
Nevada Bar. No. 15504
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Counsel for Defendants*

DATED this 6th day of April, 2023.

**MESSNER REEVES LLP**

By: */s/ Christina Mundy*
CHRISTINA MUNDY
Nevada Bar No. 13181
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148

*Counsel for Plaintiff*

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: April 7, 2023

Page 2

ACTIVE 686531550v2