Christina Mundy, Esq.
Nevada Bar No. 13181
MESSNER REEVES LLP
8945 W. Russell Road, Ste 300
Las Vegas, Nevada 89148
Telephone:   (702) 363-5100
Facsimile:   (702) 363-5101
E-mail: cmundy@messner.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANNA MILLEDGE, an individual,<br><br>Plaintiff<br><br>vs.<br><br>ROMAN CATHOLIC DIOCESE OF LAS VEGAS; ST. JOSEPH HUSBAND OF MARY PARISH; DOES I-XX, inclusive; ROE CORPORATIONS I-X, inclusive,<br><br>Defendants | Case No. 2:23-cv-00385-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS [ECF NO. 11]** |

Pursuant to LR IA 6-1 and LR 7-1, IT IS HEREBY STIPULATED between Plaintiff Anna Milledge ("Plaintiff") and Defendants Roman Catholic Diocese of Las Vegas ("Diocese") and St. Joseph Husband of Mary Parish ("SJHOM" or collectively with the Diocese, "Defendants"), through their undersigned counsel, that Plaintiff shall have a 15-day extension of time in which to file and serve a response to Defendants Motion to Dismiss (ECF No. 11), through and until May 19, 2023, and request that the Court enter an order approving the same. This is the parties' first request to extend the time for Plaintiff to respond to Defendants' Motion to Dismiss.

Defendants filed their Motion to Dismiss on April 20, 2023. The deadline for the Plaintiff's response to the Motion to Dismiss is currently set for May 4, 2023. Plaintiff requested a short extension of time as Plaintiff's counsel is out of the country until May 15, 2023. The parties met and conferred and Defendants agreed to extend the deadline for Plaintiff to respond to the Motion to Dismiss as a matter of professional courtesy. The parties thus agreed, subject to the Court's

approval, that the deadline for plaintiff to respond to the Motion to Dismiss shall be extended to May 19, 2023, and respectfully request that the court enter an order approving this stipulation.

DATED this 1st day of May, 2023.

**GREENBERG TAURIG, LLP**

By: */s/ Jerrell L. Berrios*
   CHRISTOPHER R. MILTENBERGER
   Nevada Bar No. 10153
   JERRELL L. BERRIOS
   Nevada Bar. No. 15504
   10845 Griffith Peak Drive, Suite 600
   Las Vegas, Nevada 89135

*Counsel for Defendants*

DATED this 1st day of May, 2023.

**MESSNER REEVES LLP**

By: */s/ Christina Mundy*
   CHRISTINA MUNDY
   Nevada Bar No. 13181
   8945 W. Russell Road, Suite 300
   Las Vegas, Nevada 89148

*Counsel for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: __May 1, 2023_____