MARK E. FERRARIO, ESQ.
Nevada Bar No. 01625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
JERRELL L. BERRIOS, ESQ.
Nevada Bar No. 15504
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
hendricksk@gtlaw.com
berriosj@gtlaw.com

JUDITH SIMON-KOHL, ESQ.
Nevada Bar No. 05780
THE DIOCESE OF LAS VEGAS
336 Cathedral Way
Las Vegas, Nevada 89109
Telephone: (702) 735-3500
Facsimile: (702) 369-5922
Email: kohl@dolv.org

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANNA MILLEDGE, an individual,<br><br>Plaintiff<br><br>v.<br><br>ROMAN CATHOLIC DIOCESE OF LAS VEGAS; ST. JOSEPH HUSBAND OF MARY PARISH; DOES I-XX, inclusive; ROE CORPORATIONS I-X, inclusive<br><br>Defendants | CASE NO. 2:23-cv-00385-CDS-DJA<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 33] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), LR IA 6-2, and LR 7-1, Plaintiff Anna Milledge ("Plaintiff"), and Defendants Roman Catholic Diocese of Las Vegas ("Diocese") and St. Joseph Husband of Mary Parish ("SJHMP," or referred to together with the

1

Diocese as "Defendants"), by and through their respective counsel, hereby stipulate and request that the court dismiss this action, with prejudice, with each party to bear its own fees and costs.

    **IT IS SO STIPULATED.**

Dated this 28th day of December 2023.　　　Dated this 28th day of December 2023.

**MESSNER REEVES**　　　**GREENBERG TRAURIG, LLP**

*/s/ Christina Mundy*　　　*/s/ Jerrell Berrios*

CHRISTINA MUNDY
8945 W. Russell Road, Suite 300
Las Vegas, Nevada  89148
Telephone:  (702) 363-5100
Facsimile:  (702) 363-5101
Email:  cmundy@messner.com
***Counsel for Plaintiff ANNA MILLEDGE***

MARK E. FERRARIO, ESQ.
Nevada Bar No. 01625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
JERRELL L. BERRIOS, ESQ.
Nevada Bar No. 15504
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:　(702) 792-3773
Facsimile:　(702) 792-9002
Email:　　ferrariom@gtlaw.com
　　　　　hendricksk@gtlaw.com
　　　　　berriosj@gtlaw.com
***Counsel for Defendants***

JUDITH SIMON-KOHL, ESQ.
Nevada Bar No. 05780
THE DIOCESE OF LAS VEGAS
336 Cathedral Way
Las Vegas, Nevada  89109
Telephone:　(702) 735-3500
Facsimile:　(702) 369-5922
Email:　　kohl@dolv.org
***Counsel for Defendants***

## ORDER

IT IS HEREBY ORDERED that this action is DISMISSED, WITH PREJUDICE, with each party to bear its own fees and costs. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE
DATED:  December 29, 2023